# Court of Appeals
# of the State of Georgia

ATLANTA, __December 04, 2017__

*The Court of Appeals hereby passes the following order:*

**A18A0708.  JOSEPH HINESMAN v. O'CHARLEY'S, LLC.**

The trial court entered a final judgment awarding damages to Joseph Hinesman in the amount of $9,273.72.  Hinesman filed a motion to vacate the verdict and for new trial, which the trial court denied.  Hinesman then filed this direct appeal. We, however, lack jurisdiction.

Where a money judgment in an action for damages totals $10,000.00 or less, a party must follow the discretionary appeal procedures to obtain appellate review. See OCGA § 5-6-35 (a) (6).  Hinesman's failure to follow the required procedure deprives us of jurisdiction to consider this appeal. See *Jennings v. Moss*, 235 Ga. App. 357, 357 (509 SE2d 655) (1998).  Accordingly, this appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,__12/04/2017_____*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*